UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. DONOVAN, *as he is Administrator*, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SMART GREEN SOLAR LLC f/k/a/ ALLIANCE HOLDINGS GFD INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:24-cv-12232-IT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER ADOPTING REPORT AND RECOMMENDATION

March 4, 2025

TALWANI, D.J.

After considering the Magistrate Judge's January 20, 2025, Report and Recommendation [Doc. No. 15], and noting that no objections have been filed, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [Doc. No. 15] for the reasons set forth therein. Plaintiffs' Motion for a Default Judgment [Doc. No. 11] is GRANTED, and Plaintiffs are awarded damages in an amount totaling $44,857.85, plus interest as provided by law.

IT IS SO ORDERED

/s/ Indira Talwani
United States District Judge